UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

CLERK USDC EDWI
FILED

2026 MAY -5 P 4:36

UNITED STATES OF AMERICA,

            Plaintiff,

    v.

ALEXANDER MARTIN,

            Defendant.

Case No. **26-CR-090**

[18 U.S.C. § 871]

## INDICTMENT

### COUNT ONE

**THE GRAND JURY CHARGES THAT:**

On or about May 10, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**ALEXANDER MARTIN**

did knowingly and willfully make a true threat to take the life of the President of the United States, specifically, Martin publicly posted to X.com: "I'm going to kill @realDonaldTrump."

In violation of Title 18, United States Code, Section 871.

**COUNT TWO**

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about June 11, 2025, in the State and Eastern District of Wisconsin and elsewhere,

**ALEXANDER MARTIN**

did knowingly and willfully make a true threat to take the life of the President of the United States, specifically, Martin publicly posted to X.com: "Since the @SecretService is so inclined to watch death threats to the President . . . @WhiteHouse I'm going to kill @realDonaldTrump tonight."

In violation of Title 18, United States Code, Section 871.

## COUNT THREE

**THE GRAND JURY FURTHER CHARGES THAT:**

On or about December 31, 2025, in the State and Eastern District of Wisconsin and elsewhere,

## ALEXANDER MARTIN

did knowingly and willfully make a true threat to take the life of the President of the United States, specifically, Martin publicly posted to X.com: "I guess we'll kill you @realDonaldTrump."

In violation of Title 18, United States Code, Section 871.

A TRUE BILL:

Benjamin Taibleson
Assistant United States Attorney

FORPERSON

Dated: _5/5/26_